UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNETTE MOORE,

      Plaintiff

v                                                Case No.2:11-cv014518-MOB-MAR

STELLAR RECOVERY, INC.,
A Florida Corporation,

      Defendant.
_____/

## NOTICE OF SETTLEMENT
## AND WITHDRAWAL OF ALL PENDING MOTIONS

     The parties have agreed to settle the above lawsuit and have agreed to dismiss their respective Motion to Set Aside Default Entry and Motion for Entry of Judgment. Additionally, the parties intend to file a Stipulation of Dismissal as to all parties, with prejudice, no later than January 31, 2012.

/s/ Gary N. Nitzkin                               /s/ Steven A. Siman
Gary N. Nitzkin (P64391)                  Steven A. Siman (P20480)
Attorney for Plaintiff                          Attorney for Defendant
22142 W. Nine Mile Road                  3250 W. Big Beaver, Suite 344
Southfield, MI 48034                           Troy, MI 48084

Dated: January 3, 2012