UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

LYNETTE MOORE,
 Plaintiff,
-vs.-
            Case No. 2:11-cv-14518-MOB-MAR
            Hon. Marianne O. Battani
STELLAR RECOVERY, INC.,   Mag. Mark A. Randon
a foreign corporation,
 Defendant.
_____

**NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY**

 The Plaintiff hereby dismisses the within action with prejudice and without costs to either party.

              Respectfully submitted

February 8, 2012         /s/ Gary Nitzkin
              GARY D. NITZKIN (P41155)
              Attorney for Plaintiff
              22142 West Nine Mile Road
              Southfield, MI 48033
              (248) 353-2882
              GNitzkin@creditor-law.com